# MICHAEL J. MACCO

U.S. Standing Bankruptcy Trustee
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
http://macco.lawoffice.com

Telephone (631) 549-7908
Facsimile   (631) 549-7845

_____

Vincent Cuocci, Esq.

January 12, 2007

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY  11201

<u>*Re*</u>:    *Chapter 13 Debtor(s):*     **DERRICK JOHNSON**
             *Case No.: 107-40026-cec*

Dear Sir or Madam:

Due to a conflict of interest, it is requested that another person be substituted in my place and stead as Trustee of the above captioned debtor(s).

Therefore, I am forwarding the file to Marianne DeRosa.

Thank you for all courtesies.

Very truly yours,

*/s/ **Michael J. Macco***
MICHAEL J. MACCO


MJM/mv


cc:    *Office of the United States Trustee*
       *Marianne DeRosa, Chapter 13 Trustee*
       *Derrick Johnson, Pro-Se Debtor(s)*