Re:    Derrick M. Johnson
112-15 Dillon Street,
Jamaica, N.Y. 11434
Tele: (347) 258-1598

Subj:  Emergency Adjournment for Car Accident on February 21st 2007

Date:  February 22, 2007

To:    United States Bankruptcy Court
Eastern District of New York

Docket No. 1-07-400026-cec.

Dear Hon. Judge,

    Please be advised that I am aware of the court hearing scheduled for today and I was unable to attend the hearing because I was in a car accident that injured by lower back and neck areas. I was at the car rental company today, the insurance company and then the hospital.

    I would like to request for an emergency medical extension until March 18th 2007 to which I will be able to attend the hearing.

Respectfully Submitted